UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAOLA CANAS, LINA POSADA,
KEELEY HAZELL, and DESSIE
MITCHESON,

    Plaintiffs,

v.                                      Case No. 3:21cv942-MCR-HTC

BABE'S SOUTH, INC. d/b/a
BABE'S SHOW CLUB,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Amended Report and Recommendation dated February 22, 2023 (ECF No. 36). The parties have been furnished a copy of the Amended Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Amended Report and Recommendation and the record, I have determined that the Amended Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Amended Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiffs' motion for default judgment, ECF No. 32, is GRANTED.

3. The clerk is directed to enter final judgment in favor of Plaintiffs for statutory damages of $360,000.00 and against Babe's South Inc. as follows:

   a. A judgment in favor of Paola Canas for $120,000 and against Babe's South Inc.,

   b. A judgment in favor of Lina Posada for $120,000 and against Babe's South Inc.,

   c. A judgment in favor of Keeley Hazell for $80,000 and against Babe's South Inc., and

   d. A judgment in favor of Dessie Mitcheson for $40,000 and against Babe's South Inc.

4. The Plaintiffs are ordered to serve a copy of the Florida Rules of Civil Procedure Form 1.977 Fact Information Sheet and a copy of this Order within ten (10) days, and Defendant is ORDERED to complete and serve Form 1.977, including all required attachments on Plaintiffs' attorney within 45 days of being served, pursuant to Fla. R. Civ. P. 1.560.

Case No. 3:21cv942-MCR-HTC

5. Plaintiffs shall file a bill of costs consistent with this Court's Local Rules after the clerk's entry of a final judgment.

**DONE AND ORDERED** this 5th day of July 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**